IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:17CR530 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Christopher A. Boyko |
| | ) | |
| DANIEL BRAZIER, | ) | |
| | ) | |
| Defendant. | ) | ORDER |

      This matter was before the Court on October 13, 2020, for a hearing on the Government's request for revocation of Defendant Daniel Brazier's supervised release via video conference.   The Defendant was present and represented by Attorney Andrea Whitaker and Bill Whitaker.  The United States was represented by Assistant United States Attorney Margaret Sweeney.  The Probation Office was represented by Anna Newman.  Testimony of Adam Fallah taken.

      A Supervised Release Violation hearing was held by Magistrate Judge David A. Ruiz on September 18, 2020, at which time the Defendant voluntarily admitted to Violations numbers 1 through 8, 10 and 11 as described in the July 31, 2020 Violation Report and Violation number 13 as described in the September 1, 2020 Supplemental Information Report.  The Court granted Government's oral motion to stay Violation #9: New Law Violation as indicated in the July 31, 2020 Violation Report and Violation #12:

New Law Violation as indicated in the September 1, 2020 Supplemental Information Report, with no objection from the defense. The Magistrate Judge issued a Report and Recommendation on September 22, 2020. The Court adopts the Magistrate Judge's Report and Recommendation. The Court finds Defendant in violation and revokes supervised release for the reasons stated on the open record.

The Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of twelve months. No further period of supervised release to follow.

The Defendant is remanded to custody. The Defendant shall receive credit for time served in federal custody.

IT IS SO ORDERED.

s/ Christopher A. Boyko  
CHRISTOPHER A. BOYKO  
SENIOR UNITED STATES DISTRICT JUDGE

DATED: October 23, 2020

Court Reporter: George Staiduhar; Time: 1 hour, 10 minutes